In the Matter of the Application and Petition of THE CITY OF NEW YORK, Respondent, to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, under the Greater New York Charter, and Pursuant to Chapter 543 of the Laws of 1925, to Be Acquired for the Sanitary Protection of the Water Supply of the City of New York. MOHANSIC SHORES, INC., Appellant.— Appeal from an order confirming the report of commissioners of appraisal in respect to the lands of the appellant, awarding to claimant $36,800 as compensaion for lands taken and consequential damage to the remaining portion. The claim was originally based on the value of the lots for lake front development purposes. About twenty acres of the part taken were swamp lands of no value for such development. Subsequently the claimant changed its theory of damage by asserting that the swamp contained valuable deposits of humus. This was obviously an afterthought, and the claim for damages developed on the theory of experts was entirely fanciful and speculative. Order unanimously affirmed, with costs. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.